Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Southern District of Mississippi

_____ Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 03 2021
BY_____ ARTHUR JOHNSTON
DEPUTY

Elijah Brown/Additional Plaintiffs Attached )
                Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
                -v- )
Nurse Scott, Dr. Mactinez, Dr. Chambers )
Recreational Dept / Dietary Dept / Health )
Dept. ADMinistration / MAil Room )
                Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. 3: 21 cv 19 CWR- LGI
(to be filled in by the Clerk's Office)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 1 2 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name ~~Sept~~ Elijah Brown

All other names by which you have been known: JR.

ID Number 70326067

Current Institution Yazoo Medium FCI

Address P.O. Box 5000

Yazoo                    MS.                    39194
*City*                   *State*                *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Ms. Scott

Job or Title *(if known)* Nurse or physician

Shield Number

Employer FCI Yazoo

Address

Yazoo                    MS.                    39,94
*City*                   *State*                *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name Dr. Martinez

Job or Title *(if known)* Doctor

Shield Number

Employer

Address

Yazoo                    MS.                    39,94
*City*                   *State*                *Zip Code*

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name Dr. Chambers

Job or Title *(if known)* Doctor

Shield Number

Employer

Address FCI Yazoo P.O. Box 5000

Yazoo _____ Ms. _____ 39/94

City State Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name Mailroom / Administration / Psychology Dept. / Health Department / Recreational Department

Job or Title *(if known)* Dietary Dept / Employees of FCI Yazoo Medium

Shield Number

Employer FCI Yazoo

Address

Yazoo _____ Ms. _____ 39194

City State Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 4th Amendment and 8th Amendment Constitutional Rights.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. On 3-26-2020 I contracted Covid 19. As a Result

I still suffer complications. On 10-15-2020 I was Re-exposed to the Deadly virus. Despite repeated Request For Medical attention I haven't been seen. As Medical staff and Overseers of the Institution (administration) it is There Duty to assure The Welfare of the inmate. Grievances and pleas were ignored after a multitude of Request. As Professionals acting Under Color of Law the negligence Displayed is a Violation of my Constitutional 8th amendment Rights.

### III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

### IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose. Health Department Here at Yazoo Are Not Conducting Test properly Nor are they Answering Medical Request. The Administration will not address grievances. The Dietary Dept is serving Cold Meals that are presumably Hot. Meal are Delivered 3:30-3:45 and passed out to inmates at 5:00 - 5:30. Due to Covid CDC requires all individuals exposed to be tested. Health Deptment Refuses to obey the protocol. The administration also refuses to provide Recreation and proper Religious services. See attache Doc

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. On D-1 Unit in March 2020 Inmate tested positive 's w all. The Remaining of The inmate Weren't tested. As a Result of Covid I Elijah Brown suffers ongoing complication. On 10-15-20 Another Covid 19 outbreak occured. The Health Dept Did limited testing according to CDC protocol. All this occured here at Yazoo City Medium Institution in Yazoo City MS. See attached Doc.

Claim

The Negligence Displayed by the Institution and The Health Department has left me scarred Mentally and physically. As a result of Contracting Covid in March of 2020 I still suffer complications Headaches, Fatigue, Dry red eyes, blurred vision and as of lately periodic bloody stool and Memory loss. These issues coupled with being re exposed to Covid on or in Nov. Exacerbates these conditions and threatens my life. I sent numerous request to the Health Deptment seeking Medical attention. All to no avail. On 11-3-2020 while be tested (one of the only inmates to be tested besides the positive inmate or inmates From my unit) I informed Medical of my ongoing complications I also reminded them of my suppossedly scheduled appointment back in Sept. 2020 My pleas went unheard as I was told They (the Medical Dept) was too swamped and I'd be seen at a later Date. Despite showing Symptoms of Covid and being tested by a quick test which was proving to be inaccurate, I was sent back to the Unit. This Cruel and Unusual punishment must be addressed and my Rights upheld. I've notified Medical of my intentions of seeking Alternative measures due to their Negligence. This was also ignored, considering Months have surpassed without results. My pleas for a second Opinion and Three Covid test were ignored as well. I wanted a Doctor's not Nurse. The Administration as well as The Health Dept. should understand That since March 2020 We have been locked down with limited Movement. The Covid 19 virus Here at yazoo was contained at one point so the sudden outbreak could only be a result of the Administration and Health Dept.'s failure to properly screen or test their staff. Administration should also understand our need for Medical Attention. After A multitude of request and copouts seeking Help, I'm left clueless as to whether this neglect is circumstancied or intentional. I also filed an Administrative BP8 and have yet to get results. This Delay in Treatment Violates my Constitutional 8th Amendment Rights.

Claim

On or around March 19, 2020 A nationwide lockdown was conducted. Since that period inmates began receiving Dinner meals through Door slots. Dinner is served between the hours of 5 - 5:45pm. However The cart for Dinner has been serving between 3:30 - 3:45pm These meals are not plugged in to keep warm NOR Do the majority of the carts have plugs. By the time inmates recieve their meals, the ice (meals) are at refrigerated temperatures.

On 11-6-2020 Approximately 100 inmates were taking to the USP Due to contracting Covid. On 11-9-2020 47 more inmates who were positive for Covid also were transported to the USP for Quarintine. Despite the Overwhelming number of positive cases D-1 as well as E-3 - F-4 - F-3 were never tested according to CDC protocol. (Exposure). Inmates tested positive from D-1 and The Above Units yet the entier Unit were not tested. Over or Nearly 200 inmates have contracted this Deadly virus and The Administration Here at Yazoo Continues to Attempt to cover up or mitigate this pandemic.

Recreation continues on or Around Aug 10th After having been closed since March. Inmates gained significant amounts of weight as a result, Therefore making them more susceptible to the Deadly virus. Religion Services were also obselette. Physcology passed out Pamphlets in March 2020 Wherever The pandemic was initiated then passed those same pamphlets out in Nov. 2020 showing or Displaying a Lack of Interest in their Duties. This Psychological Deptment showed up twice in 8 months. This also is Negligence. To Date Recreation as of 11-6-2020 as well as Religious Services has been closed. Inmates are now left to the Disposal of The Deadly Covid 19. This not only violate's 8th Amendment but Also (RLUIPA)

Claim

The ongoing Negligence displayed Here at FCI Yazoo Medium is in Violation of 8th amendment Constitutional Rights As Certified Medical Physicians or Nurses, Wardens, Captains etc. Acting under the Color of Law yet denying inmates the right to be treated fair and just is a violation of The Constitution especially when they Understand That inmates Have certain Rights. A Right to be treated Human. Not Denied Medical services when called upon numerous times. A Right to be given a Reason by A Warden or Administrative party, Not ignored or given No response at all when it gives grievances against staff. A Right to eat warm food by the Dietary Dept, Not meals served 2 Hours after They were Delivered. A Right to have proper cleaning solutions Not watered down Chemicals that do Deems a service rather then Justice. The cleaning solutions does'nt emit any Smell of a disinfectant.

On 11-10-2020 I recieved Legal mail From my Attorney Quin M. Soreson Which was opened. This not only violates The Attorney Client peivelege but also violates My 4th Amendment Rights.

On 11-11-2020 I submitted A BP-9 Grievance to The Administration requesting to be SEEN by Medical for complications and Issues I've been Dealing with for months. The Delay is increasing my susceptibility to Deadly virus's and disease.

From 11-13 — 11-18-2020 I along with about 60 other inmates were unable to Shower. Policy states we're entitled to a Shower Every 72 Hours. This is Also cruel and Unusval punishment.

On 11-17-2020 Assistant Warden Joyner confirmes that there was 185 current cases of Covid 19 amongst inmates.

Claim

On 11-18-2020 I notified Medical regarding not Having a Bowel movement in 5 days. The Officer on Duty Mrs. Boyd Notified Medical and spoke with a Ms. Scott, who informes The Officer to give me a sick call form to fill out. I have a sick call form Documenting similar issues Dated 10-30-2020. This Delay in treatment is in Violation of my Constitutional Rights. C.O. Boyd Kept this information in her files. A Grievance was filed also.

On 11-20-2020 I spoke with Counselor Mrs. Jones Regarding a lack of Bowel movement after several Days. Mrs. Jones called Medical which stated I'd be seen latte that Day. No Nurse or physician ever showed. A commissary Referral slip was issued Stating "After an assessment, it's Determined the patient needs "Milk of Magnesia". My complaint for this Disregard was to file a grievance stating physician just assumed my conditions without ever assessing me physically. I also wrote or submitting a grievance to the Administration.

On 11-23-2020 After symptoms showed no Relief and I failed to have a Bowel movement going on the 10th Day Counselor Mrs Jones called Medical, who informes her they would check to Determine why I haven't Recieved Medication. After no response Mrs Jones (Counselor) called Commissary to inquire as to having "Milk of Magnesia." The Commissary Dept. said they were out. Mrs. Jones then called to inform Medical of Commissary's out of stock item that physicians prescribed The Medical Dept. Never Responded. Counselor Jones then proceeded to ask around the Unit to see if anyone has Milk of Magnesia." This Delay By The Medical Dept. is Cruel and Unusual Punishment.

As of Weds. 11-25-2020 I have no access to Recreation. We are afforded 1/2 hour of every 3 Days excluding Weekends, to Shower, use the phone which is 15mins and check Emails. The time restraint Does'nt accomodate without proper Excercise and movement Health issues increase. From March-Aug there was no Recreation, Now From Oct, Nov. Dec and Jan. There has been no Recreation. Since March We've had approximately 2 months of Recreation.

The level of Health concerns contributed to obesity is great. Policy To my Knowledge states we're entitled to 1hr. of Recreation. There has also Been a Lack of Religious services. This institution shows no Regard for Human's rights, let alone inmate's Rights.

On 11-26-2020 Nurses from the Medical Department issued two 30ml of milk of magnesia. This was Done approximately 10 days after The initial complaint. I still have yet to see a physician in Regards to the issues I've been complaining about for months. High Blood Pressure, Blood Sugar Etc. There is a serious Delay concerning treatment Here at FCI Yazoo Medium. The prescribed magnesia was Dated 11-23-2020.

From the dates of 10-26-2020 to 12-1-2020 Commissary was out of stock on soap products. Inmates were issued a small bar of state issued soap which subsides quickly. As 12-1-2020, Yazoo not only has commissary soap out of stock but also The soap issued by the facility as well. This institution has No Regard for Human life.

On or From the Dates of 12-29-2020 -1-4-21 Inmate's were Denied showers. Policy state's inmate's are entitled to shower Every 72 Hours. 4 or 5 Days without a shower is unacceptable. This is cruel and unusual punishment's in violation of our 8th Amendments Rights.

As 1-4-21 My request to see Medical has been disregarded. I've submitted several grievances and BP-9's. This institution is Displaying total Negligence and disregard for Human life.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

From The 3-26-2020   to   Nov. 2020 - Current as of JAN 5, 2021

See Attached Doc

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The ongoing Complications Resulting From Covid and The Negligence Displayed by The Health Dept, Administration and Dicatary Dept is witness by 100 or hundreds of Inmates. Attached is a list of witnesses who varify the crisis here at FCI Yazoo Medium The Continuance of Neglect and Discelgers Displayed by The Institution

See Attached Doc.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Ongoing Complication, High Blood pressure

Blood Sugar issues, Keadaches, Fatigue, Dry Red eyes, Bloody stool, Bluerro visions amongst possibly unknown Conditions, considering Nurses have'nt seen or Analyzed properly. Inmates also suffered staff infections and other bacteria causes due to Improper hygiene. Institution not providing clean Linen and Denying showers for up to 5 Days at a time.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. As a Result of Contracting Covid and Suffering Continued Symptoms and Health Issues That could have possibly seen audioed if treated properly or tested I seek 1 Million dollars in punitive Damages and 1 Million dollars in compensatory expenses considering I may be Disabled as a Result of Covid and The Negligence Displayed by officials Here at Yazoo City Medium. NO amount of Money Can Repair The Damages Howevere being able to recieve Funds in order to allord proper Medical Attention and to provide a saler environment subsides some of the stress and anxiety caused by. The Parties Here in Also I would like To be Released From Custody of The BoP and Returned to Society where I can be afforded The Equal opportunity Of Medical Treatment and care, Amongst other equal

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Federal Correctional Institution at Yazoo City Median

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?
    I filed an BP 8 with the Counselor on or Around 8-20-2020. I filed another BP-8 Grievance on 1-17-2020 AN also A BP-9

2.  What did you claim in your grievance?
    I claimed Negligence, cruel and unusual punishment for Delaying Medical Treatment. I also filed a BP-8 against the mail Room for Delivering Attorney Client mail openes before I recieved or signed for it. Grievances were also filed for The institution Delivering cold meals, Denial of showers after 72 hours and No Recreation.

3.  What was the result, if any?
    Have'nt Heard a Response

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

    3.    Docket or index number

      _____

    4.    Name of Judge assigned to your case

      _____

    5.    Approximate date of filing lawsuit

      _____

    6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Elijah Brown Jr.

Defendant(s)    ~~████████~~ Detective: Krokos, Contee and Ferrari

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Middle District of Pennsylvania 3rd District

3.    Docket or index number

1:13-CV-01248

4.    Name of Judge assigned to your case

Judge Schwab

5.    Approximate date of filing lawsuit

July 2, 2014

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    On or around June 2015

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* The Case was dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff    _Elijah Brown_

Prison Identification #    _70826-067_

Prison Address    _FCI Yazoo Medium P.O. Box 5000_

_Yazoo_        _MS_    _39194_
City            State    Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City        State    Zip Code

Telephone Number

E-mail Address

ADDitional Plaintiffs

I Elyal Ulysses Brown Jr. Do Idereby sweer that the Statement's or fects Idere in are true and correct, to the best of my Knowledge and ability. The following plaintiffs Idere in, Do by Sweer also to the following fect's, statements, to the best of their Knowledge and ability. WE understand that any false statement's can be subject to penalties under Perjury.

signed

1. Courtney Tubbs #16775-002
2.) Chazzo Rutherford 30480068
3) Antonio Degs 14245003
4) Larry Jackson 22078-021
5) Nozman Moore 18996-001
6) Eduard Hunt 112243003
7) James Pope   39605-083
8) Roderick Honeycutt 35593-001
9) Michael Gonzalez-Colon 26887-055
10) Samuel Walker 100062379
11) Jimmy Powell # 03567043
12) Chris Alexander 23499009
13) Eddie Tyson 91387-083
14) Jon Hill 35882-001
15) Onandas Beard 34808001
16) Richard Ingram Jr. 15061-010
17) Jerry Lawson 15307-010
18) Malcolm Middleton 18500-042
19) Bobby Mahone 20602-043

20) Leelon Williams 27409-044
21) Danny Aguilar #20492379
22)
23)
24)
25)
26)
27)
28)
29)
30)

FROM:

TO:    United States Congressperson For
       The State of Mississippi

RE:    Inhumane Treatment of Inmates While
       On Lockdown Status

DATE:  February 13, 2020

---

Dear ~~████████████~~:

We, inmates at FCC Yazoo City, Mississippi (Medium) institution
is asking for an internal investigation into the inhumane pratices
that are being inflicted upon the prisoners while we are on lock
down status at this institution.  It is a clear abuse of authority,
a violation of the Bureau of Prisons polices, and the Eight Amend-
ment of the United States Constitution, Cruel and Unusual Punish-
ment.

On January 30th, 2020 the institution was placed on lock down
status following an altercation between two opposing Mexican
inmates.  As a result of the lock down status, the entire popula-
tion of inmates were restricted to their cells for eleven (11)
days, 24/7.  However, throughout our confinement we were treated
in the most severe and inhumane manner possible.  We are alleging,
and facts will prove, that our constitutional and human rights
were severely violated as a result of the Executive Administrators
orders.

### INHUMANE TREATMENT AND CRUEL & UNUSUAL PUNISHMENT

1.) We were given frozen box lunches for seven days, i.e. break-
fast, lunch, and diner.  The remaining days of the lockdown,
we were still given baloney for all three meals each day.

Thereis no nutritional value in consuming baloney (3) three meals
day.  Nor is it a healthy food balance that's required of all
Bureau of Prisons meals.  Even while inmates are on lockdown
status, we are entitle to receive a nutritional valued meal for
breakfast, lunch, and diner.  Normally, inmates will receive a
bag meal which consist of:  one braekfast cake and/or cereal,
milk, and a fruit; lunch-- a hot meal (BOP Mune); diner, meat cuts
or peanut butter, etc.  Nevertheless, a severe inhumane treatment
resulted in the failure to apply.

2.)  We were denied basic hygenic care and not given showers for
several days.  For the entirety of the lockdown period, we were
given showers for two days.

3.)   We were not provided clean linen for our beds, nor were any cleaning supplies given to us.

Moreover, the most inhumane acts that were perpetrated against us were the frozen box lunches for several days and the continuous feeding us three meals a days baloney and cheese.  Furthermore, there is a grave health concern to feed elderly and sick inmates a poor dietary meal.  Many inmates suffer from high blood pressure and diabeties, and combining a unhealthy diet could have fatal consequences.

These conditions mirror some of the accounts that are presently transpiring in the Mississippi State Prison system.  Moreover, they can be the cataclysm that creates hostility between inmates and staff, that will make this environment unsafe for both parties.

The Bureau of Prisons has long held a high standard of profession-alism and morality, however at this time and institution fallen from this apex.  Furthermore, the responsibilty of providing an environment to foster reform and rehabilitation has been abandon at this institution.

Finally, we (inmates) at this institution is pleading with our elected officials to initate an investigation into the above allegations.

Respectfully Submitted,



CC:

TRULINCS 70826067 - BROWN, ELIJAH ULYSSES JR - Unit: YAM-D-A

----------------------------------------------------------------------------------------------------

C laim

FROM: 70826067
TO: Sollutioms, Eli; Sutton, Dwight
SUBJECT: Voices from behind the wall
DATE: 08/31/2020 02:11:20 PM

I'm writing in regards to the on goin crisis and disregad for Human Health here at Yazoo City FCI Medium.

On 12-10-18 the inmate population at FCI Yazoo medium were locked down,quarintined and tested for TB after an inmate (The Head Cook) tested positive for TB.Test were administered and positive reactive inmates were monitored.However lock down was lifted and susceptible inmates (which included nearly 1500 inmates)were exposed to TB from those inmates with a positive reaction who were not removed,transfered or further quarintined.The negligence displayed by the Staff of the health department subjected the lives of over 1500 inmates to this terrible disease.Therefore In violation of our 8th Amendment (Cruel and unusual punishment).

On 3-19-20 The inmate population here at Yazoo was locked down,quarintined and screened due to the Covid 19 pandemic 5-6 indivicuals tested positive and despite being quarintined,left their cellmates as well as the rest of the general population exposed to the deadly virus.Screening was conducted but no official testing were given to individuals suffering form Covid like symptoms.Inspite inmates writing sick call forms and pleading for Medical assistance their cries went unanswered.I Elijah U. Brown Jr. myself positive for Covid after recently having been exposed to TB.The symptoms I aquired amongst the thought of sucumbing to whatever this vrus or disease was has left an traumatic scar mentally.Thinking about being re-infected has increased my stress and anxiety levels dramatically.I can imagine what my fellow peers have and are going through.These conditions and diregard are uncommon to society but are routine for many prisons.

On 8-9-20 After recieving meals that consisted of shredded chicken and mashed potatoes an inmate who is currently housed here with me on the Unit discovered a Rodent in his potatoes. A full size mouse found it's way into the contenets and was stirred and cooked amongst the starchy substance then later served to the inmate population.Therefore exposing 1500 inmates to various diseases or whatever germ,bacteria the rodent possessed.This incident was documented and varified by an respected officer.The matter is apparently being placde under the concrete or swept under the rugs of the dietary Dept. However,we the inmates have to live with the thoughts of this incedent possibly reoccuring everytime a meal arrives.This also elevates the anxiety and stress levels.To date I've eaten from my commissary items and refused meals fom the dietary department.There are an multidude of my peers who are indigant and are subjected to whatever lies within the contents of the meal futher subjecting them to the mental torture of "What If" I'm eating a rodent or insect.It leaves one to wonder if concentration camps are more appropiate.

Continued in next message...

TRULINCS 70826067 - BROWN, ELIJAH ULYSSES JR - Unit: YAM-D-A

--------------------------------------------------------------------------------

FROM: 70826067
TO: Sollutioms, Eli; Sutton, Dwight
SUBJECT: Voices from behind the wall
DATE: 08/31/2020 02:37:33 PM

Claim

Continued from previous messag....

In conclusion We as Humans first,than inmates are left to deal with residing under the extreme conditions of an 2 by 12ft. cell Housed with another inmate who shares the same small quarters and provisions and when exposed to a potential life threatening Disease issues a Double standard or Overtly abuse of Authority.Granted,accepted and accounted for,We as inmates convicted of crimes have warranted isolation or seperation from the community or society however that does'nt negate the facts that we are humans and should not be treated inhumane.Subjecting one to disease and catastro--phic conditions under extreme circumstances are beyond cruel.Placed in a cage or cell after having contracted a virus or disease,left to fight for your life is liken to Ancient Emperors of old using Diabolic tactics,as sport,to determine the weak from the strong.This savage behavior surpasses Humane understanding and leaves one to consider if living in an animal shelter would be more suitable.These issues need not go unnoticed. The ongoing Covid Pandemic,Political and Systematic Racism amongst other critical issues,leaves us (the prisoners or inmates) stuck in the middle and with little to no clarity ahead these wall are closing in, asphysiating and or suffocating the masses of inmates who are crying out for help.As inmates our greatest fear is being so constricted by this dire circumstances that our plea and cries will go unheard due to the systems smothering hands muffling our voices. Please hear our cry for help...

Sincerely,
Elijah U. Brown Jr.

ADDED: On 10-15-2020 Twenty five inmates from the Dietary Department were Quarintined after being exposed to Covid-19. I sent Electronic Cop-outs To the Warden, Medical and the Unit Team inquiring as to whether the remaining inmates in Delta's 1 & 2 Unit will be tested considering we Share the same living and Work quarters with Dietary workers and or F/S workers. On 10-29-2020 40 confirmed positive test Result were determined. On 11-2-2020 I was among inmates who were told to report to Unicor after having been exposed by a peer who tested positive the previous Day. This peer was inter-acting with the Unit 2 Days before he was taken to Quarintine. I myself began

to suffer symptoms and reported to the Unit Manager who called Medical. I was tested with Rapid test twice, the first being inconclusive, the second being Negative. Nurses said my symptoms were a result of an common cold. I was still suffering symptoms from previous exposure. The latest symptoms included Fever, Clamy hands, Blurred Vision, coupled with the Dry red Eyes, Fatigue and Headaches. The remaining inmates

in the Unit werent tested properly despite an inmate testing positive and eventually quar-tined. To date no screening nor test were conducted. This negligence is displayed continuously